Honorable Mary Alice Theiler

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

10

11

12

13

14

CARPENTERS HEALTH & SECURITY
TRUST OF WESTERN WASHINGTON,
CARPENTERS RETIREMENT TRUST,
CARPENTERS-EMPLOYERS VACATION
TRUST, CARPENTERS-EMPLOYERS
APPRENTICESHIP & TRAINING TRUST and
PACIFIC NORTHWEST REGIONAL
COUNCIL OF CARPENTERS,

                              Plaintiff(s),

     vs.

S.L. CONSTRUCTION, a Washington
corporation,

                              Defendant(s).

CAUSE NO.:  MS06-16

ORDER FOR WARRANT OF
CONTEMPT OF COURT (BENCH
WARRANT) AND FOR JUDGMENT
FOR FEES AND COSTS PURSUANT
TO RCW 6.32.010

**Clerk's Action Required**

15

16

17

18

19

20

**JUDGMENT SUMMARY**

21

1.    Judgment creditor(s): Carpenters Health & Security Trust of Western
      Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation
      Trust, Carpenters-Employers Apprenticeship & Training Trust and Pacific
      Northwest Regional Council of Carpenters

22

23

2.    Judgment debtor: Scott B. Lindsay

24

3.    Principal judgment amount: $285.00

25

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

4.      Attorney's fees:  $202.50

5.      Costs:  $25.00

6.      Process Service:  $57.50

7.      Other Recovery Amounts:      $1,500.00

8.      Principal judgment amount shall bear interest at 12% per annum.

9.      Attorney for the judgment creditor:      Robert A. Bohrer
**EKMAN, BOHRER & THULIN, P.S.**,
220 W. Mercer, Ste. 400,
Seattle, WA 98119

THIS MATTER having come on regularly for hearing this day before the undersigned U.S. District Court Judge/Magistrate Judge of the above-entitled court, and the Court having reviewed the records and files herein and the Certification of Robert A. Bohrer in support of issuance of a Bench Warrant and the entry of Judgment for fees and costs and the Court further finding that Scott B. Lindsay was duly and regularly served with a certified copy of an Order for Examination of Judgment Debtor ordering him to appear on April 12th, 2005, and the Court further finding that Scott B. Lindsay failed to appear as ordered and that the plaintiff(s)' attorney was personally present to conduct the examination of debtor, and further finding that RCW 6.32.010 is applicable, and being otherwise fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the Clerk of this Court issue a warrant for Contempt of Court (bench warrant) directing the U.S. Marshal to apprehend said Scott B. Lindsay and bring him forthwith before the U.S. District Court Judge/Magistrate Judge of the United States District Court in Seattle, then and there to answer to the U.S. District Court charging the said Scott B. Lindsay with Contempt of Court and to then and there show cause why he should not be convicted of a Contempt of Court; and it is further

WARRANT FOR CONTEMPT OF COURT
CASE NO. MS06-16 - PAGE  2 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1    ORDER, ADJUDGED AND DECREED by the Court that said Scott B. Lindsay may

2  be let to bail for his appearance upon the warrant in the sum of $1,500.00 cash in which event

3  he must present himself to the above Court on the first court day following apprehension at the

4  hour of 10:30 a.m. of said date to answer said Contempt charge and be dealt with in such

5  manner as the Court may seem just and proper in the premises; and it is further

6    ORDERED, ADJUDGED AND DECREED that Carpenters Health & Security Trust of

7  Western Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation Trust,

8  Carpenters-Employers Apprenticeship & Training Trust and Pacific Northwest Regional

9  Council of Carpenters, Plaintiff(s), and Robert A. Bohrer of **EKMAN, BOHRER & THULIN,**

10 **P.S.**, their attorney, are granted Judgment against Scott B. Lindsay in the amount of $2,070.00

11 for the service fee, appearance fee, bail fee and reasonable attorney's fees for Examination of

12 Debtor.

13

14
                        s/ Mary Alice Theiler
                        United States Magistrate Judge

15

16

17 Presented by:

18 s/Robert A. Bohrer
   WSBA #5050
19 Ekman, Bohrer & Thulin, P.S.
   220 W. Mercer, Ste. 400
20 Seattle, WA  98119
   Telephone: (206) 282-8221
21 Fax: (206) 285-4587
   E-mail: r.bohrer@ekmanbohrer.com
22 Attorney for Plaintiff(s)

23

24 S:\Collections\Carpenters-3160\Pleadings\2006\SL Const 3160 USDC2 Bench Warrant.doc

25

WARRANT FOR CONTEMPT OF COURT
CASE NO. MS06-16 - PAGE  3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587